

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kulwant Rai | |
| | **Civil Action No.** 26-cv-01162-BJC-MSB |
| **Plaintiff,** | |
| V. | |
| see attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies the Petition.

**Date:**      5/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-01162-BJC-MSB</u>

Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; Pamela Bondi, in her official capacity as Attorney General of the United States; Todd M. Lyons, in his official capacity as Field office Director For U.S. Immigration and Customs Enforcement, and Removal Operations; Jeremy Casey of Imperial Regional Adult Detention Facility, in his official capacity

Respondents